IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JAMES THOMAS CARLAN,                    *

                Plaintiff,              *

v.                                        Case No.  5:25-cv-00480-TES

                          *

TEGNA INC et al.,

                          *

           Defendants.             *

_____        *

**J U D G M E N T**

Pursuant to this Court's Order dated February 26, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 27th day of February, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk